UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MILLENNIUM PIPELINE COMPANY, L.L.C.**,

        *Plaintiff*,

-vs-

**CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) ROUTE 55, S.B.L. No. 4.B-1-1, TOWN OF HIGHLAND, COUNTY OF SULLIVAN, NEW YORK, Pfeifer Realty Corporation, et al., and Unknown Owners,**

        *Defendants*.

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No.

07 CIV 10605

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Millennium Pipeline Company, L.L.C., by and through its attorneys, Hiscock & Barclay, LLP, hereby discloses that Millennium Pipeline Company, L.L.C. is a Delaware limited liability company with its principal place of business located in Pearl River, Rockland County, New York. Millennium Pipeline Company, L.L.C. is owned by the following companies, whose ownership interests collectively total 100%: Columbia Gas Transmission Corporation, 47.5%; KeySpan Millennium, LLC, 26.25%; and DTE Millennium Company, 26.25%.

DATED:    November 20, 2007

HISCOCK & BARCLAY, LLP

By: _____
    Mark D. Lansing MDL1947
    Darry J. Colosi DC2929

*Attorneys for Plaintiff*
Millennium Pipeline Company, L.L.C.
Office and Post Office Address
50 Beaver Street
Albany, New York 12207-2830
Telephone: (518) 434-2163