United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

------------------------------------X
Millennium Pipeline Company, LLC,

           Plaintiff,

           -v-

Certain Permanent and Temporary
Easements in (No Number) Route 55,
S.B.L. No. 4.B-1-1, Town of
Highland, County of Sullivan,
New York, Pfeifer Realty
Corporation, Unknown Owners,
           Defendants.
------------------------------------X

NOTICE OF ASSIGNMENT

07-cv-10605 (KMK) (MDF)

*U.S. DISTRICT COURT FILED DEC 03 2007 S.D. W.P. OF N.Y.*

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

HON. KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon, CLERK

by: *Gaelle Coicou*
Gaelle Coicou - Deputy Clerk

DATE: 12/03/07

DESIGNATED TO MAGISTRATE JUDGE: MARK D. FOX

CC: Attorneys of Record
WP ASSIGNMENT FORM

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____*

Data Quality Control
I:FORMS\ASSIGN\ASSIG.WPD

Revised: September 9, 2004