UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

MILLENNIUM PIPELINE COMPANY, L.L.C.,

        Plaintiff,

v.

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) Route 55, S.B.L. No. 4.B-1-1, TOWN OF HIGHLAND, COUNTY OF SULLIVAN, NEW YORK, Pfeifer Realty Corporation, et al, and Unknown Owners,

        Defendants.

**APPEARANCE**

Civil Action No. 07-CV-10605

Hon. Kenneth M. Karas

---

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant, Pfeifer Realty Corporation.

    All further pleadings, correspondence, and papers in connection with this action are to be directed to the undersigned at the address set forth below.

    I certify that I am admitted to practice in this Court.

December 11, 2007

Emil S. Cuccio (EC4940)
Cuccio and Cuccio, P.C.
45 Essex Street
Hackensack, New Jersey 07601
201-487-7411
201-487-6574 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE COMPANY, :
L.L.C.,
                                  :
            Plaintiff,
                                  :
     v.
                                  :         **AFFIRMATION OF SERVICE**
CERTAIN PERMANENT AND
TEMPORARY EASEMENTS IN (No        :         Civil Action No. 07-CV-10605
Number) Route 55, S.B.L. No.
4.B-1-1, TOWN OF HIGHLAND,        :         Hon. Kenneth M. Karas
COUNTY OF SULLIVAN, NEW YORK,
Pfeifer Realty Corporation,       :
et al, and Unknown Owners,
                                  :
            Defendants.
                                  :

---

I, Emil S. Cuccio, declare under penalty of perjury, that I have served a copy of the attached Appearance upon Mark D. Lansing, Esq., attorney for the plaintiff, whose address is c/o Hiscock & Barclay, L.L.P., 50 Beaver Street, Albany, New York, 12207, by ordinary first class mail.

December 11, 2007

Emil S. Cuccio (EC4940)
Cuccio and Cuccio, P.C.
45 Essex Street
Hackensack, New Jersey 07601
201-487-7411
201-487-6574 fax